UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GEORGE CANSLER, on his own behalf, and on behalf of a class of those similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>UNIVERSITY HEALTH SYSTEMS OF EASTERN CAROLINA, INC. and EAST CAROLINA HEALTH-CHOWAN, INC.<br>　　Defendants. | JUDGMENT IN A CIVIL CASE<br>CIVIL CASE NO.: 4:22-CV-14-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for the consideration of defendants motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's ordered entered March 27, 2023, and for the reasons set forth more specifically therein, the defendants' motion to dismiss is GRANTED.

This Judgment Filed and Entered on March 27, 2023, with service on:

| | |
|---|---|
| Mona Lisa Wallace | (via CM/ECF Notice of Electronic Filing) |
| James W. Crooks | (via CM/ECF Notice of Electronic Filing) |
| John S. Hughes | (via CM/ECF Notice of Electronic Filing) |
| Erin P. Polly | (via CM/ECF Notice of Electronic Filing) |
| Gibeault C. Creson | (via CM/ECF Notice of Electronic Filing) |
| Kaitlin E. White | (via CM/ECF Notice of Electronic Filing) |
| Robert J. Higdon, Jr. | (via CM/ECF Notice of Electronic Filing) |
| Terrence M. McKelvey | (via CM/ECF Notice of Electronic Filing) |

3/27/2023　　　　　　　　PETER A. MOORE, JR., CLERK

_____
(By): Donna Rudd, Deputy Clerk